THOMAS FLYNN, an Infant, by His Guardian ad Litem, MARY FLYNN, et al., v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points

to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached.  Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.